12 M 437

JDL:TJS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

     - against -

ALEXANDRA RUSSELL,
GLORIA SANTANA DE ARIAS,
     also known as
     "Gloria Arias,"
NIXON VARGAS,
     also known as
     "Rudolfo Mejia,"

         Defendants.

- - - - - - - - - - - - - - - -X

C O M P L A I N T

(21 U.S.C. § 846)

EASTERN DISTRICT OF NEW YORK, SS:

        CHRISTOPHER COOKE, a Detective with the New York Police
Department ("NYPD"), cross-designated as a federal agent and
assigned to the Border Enforcement Security Task Force ("BEST"),
duly appointed according to law and acting as such.

        Upon information and belief, on or about and between
March 2012 and May 2012, both dates being approximate and
inclusive, within the Eastern District of New York and elsewhere,
the defendants ALEXANDRA RUSSELL, GLORIA SANTANA DE ARIAS, also
known as "Gloria Arias," and NIXON VARGAS, also known as "Rudolfo
Mejia", together with others, did knowingly and intentionally
conspire to distribute and possess with intent to distribute a
controlled

2

substance, which offense involved one kilogram or more of a
substance containing heroin, a Schedule I controlled substance,
in violation of 21 U.S.C. § 846).

      (Title 21, United States Code, Sections 846.)

      The source of your deponent's information and the
grounds for his belief are as follows:

      1.   On March 16, 2012, the Seaboard Marine Motor
Vessel ("MV") Florida arrived in the Port of Miami, Miami,
Florida from Haiti carrying shipping container SMLU 7810382.
Container SMLU 7810382 was originally loaded on the MV Florida in
Cartagena, Colombia. At the Port of Miami, that container was
selected for inspection by Customs and Border Protection ("CBP").

      2.   During the course of inspection, CBP discovered,
among other things, a brown couch wrapped in cardboard and
labeled "ref. 2023" and "#21" (the "BROWN COUCH"). Upon further
investigation, officers discovered three black-taped packages
inside the couch. Each of those packages was probed and a white
powdery substance, which field-tested positive for the presence
of heroin, was discovered. The total approximate gross weight of
the heroin is 5.7 kilograms.

      3.   The shipping documents indicated that container
SMLU 7810382 was a consolidation of items from five separate
parties being transported by LACS Cargo, Inc. An employee of

3

LACS Cargo, Inc. indicated that the BROWN COUCH was to be delivered to Angel Romero, 700 Miller Avenue, Brooklyn, NY 11207, with a phone number listed as 347-596-3157.

    4.  Following CBP's inspection, the couch was reconstructed and released to LACS Cargo, Inc. An employee of LACS Cargo, Inc. told agents that the couch was then provided to a transportation company for delivery to Angel Romero, 700 Miller Avenue, Brooklyn, NY 11207. On April 14, 2012, the shipping company attempted delivery at 700 Miller Avenue, Brooklyn, NY. An employee of the shipping company told agents that after finding that the address appeared to be an apartment building, an employee of the shipping company called 347-596-3157, the number listed as Angel Romero's on the shipping documents. An individual who identified himself as Angel Romero answered and stated that the couch was to be delivered to 600 Miller Avenue, Brooklyn, NY.

    5.  The shipping company took the couch to 600 Miller Avenue, Brooklyn, NY. A male answered the door of 600 Miller Avenue. Upon being asked for identification, the male raised his voice and claimed the furniture was not his and was for a friend. The male then refused delivery of the BROWN COUCH. The shipping company returned the BROWN COUCH to a warehouse in New Jersey.

    6.  An employee of the shipping company stated to agents that shortly after that attempted delivery, the driver of

4

the shipping company van received a call from a woman claiming
that the BROWN COUCH belonged to her and asking that it be
redelivered.  The driver indicated that she would have to call
the shipping company office on the next business day.  The
shipping company received numerous calls from the 347-596-3157
number requesting that the BROWN COUCH be re-delivered to 600
Miller Avenue.

      7.    On April 30, 2012, members of the BEST team took
possession of the BROWN COUCH.  On May 2, 2012, technicians
associated with the BEST team installed a GPS tracking device and
trip devices, pursuant to a warrant issued by Magistrate Judge
Gorenstein of the United States District Court for the Southern
District of New York.  The GPS tracking device allows law
enforcement officers to track the location of the BROWN COUCH.
The trip devices were installed in the compartments on the bottom
of the couch that previously contained heroin.  Law enforcement
agents also replaced sham drugs into the couch and sprayed the
sham drugs with a fluorescing substance that is visible only
under an ultraviolet light.

      8.    On May 2, 2012, law enforcement officers associated
with the BEST team conducted a controlled delivery of the BROWN
COUCH to 600 Miller Avenue, Brooklyn, New York.  Law enforcement
officers, operating in an undercover capacity, rang the bell of
600 Miller Avenue.  A female ("FEMALE 1") answered the door and

5

let agents into the foyer of 600 Miller Avenue.  FEMALE 1 called
another female, later identified as GLORIA SANTANA DE ARIAS, also
known as "Gloria Arias", who then came out of a door on the left
of a hallway past the foyer that appeared to lead to an
apartment. ARIAS indicated that the couch should be left in the
foyer.  Agents asked for identification and a signature.  ARIAS
provided a driver's license in the name of Angel Rodriguez, 2320
Aqueduct Ave, #1E, Bronx, New York 10468, who ARIAS indicated was
the actual receiver of the couch.  Agents then told her that
there was a $250 delivery charge.  ARIAS provided $260.  ARIAS
also signed the receipt for the BROWN COUCH.  Agents then
provided a copy of the receipt to ARIAS.

     9.  Shortly after agents left, a Silver Range Rover
arrived at 600 Miller Avenue.  Two individuals, later identified
as ALEXANDRA RUSSELL and NIXON VARGAS, also known as "Rudolfo
Mejia", got out of the Silver Range Rover and entered 600 Miller
Avenue.  Agents observed activity inside the foyer of 600 Miller
Avenue.  At approximately 6:30 p.m., a trip device activated
indicating that a heroin-containing compartment in the couch had
been opened.

     10.  At approximately 7:20 p.m., RUSSELL and VARGAS
left 600 Miller Avenue and got into the Silver Range Rover.
VARGAS got into the passenger side and RUSSELL into the driver's
side.  Agents approached the Range Rover and stopped RUSSELL and

6

VARGAS. An inspection with an ultraviolet light indicated a
fluorescing substance on the clothing, hair and bodies of both
RUSSELL and VARGAS.

        11.   Seeing that RUSSELL and VARGAS had left the door
to the common foyer of 600 Miller Avenue unlocked, agents entered
the foyer of 600 Miller Avenue. The BROWN COUCH was no longer in
the foyer. While agents were in the foyer, GLORIA SANTANA DE
ARIAS, also known as "Gloria Arias," opened the door on the left
of the hallway past the foyer. Agents observed packing material
from the BROWN COUCH immediately inside the door to that
apartment. Agents entered the apartment that ARIAS was located
in and detained her. An inspection with an ultraviolet light
indicated a fluorescing substance on ARIAS' clothing, hair and
body. An older woman who identified herself as ARIAS' mother was
also present in the apartment.

        12.   At approximately 8:30 p.m., RUSSELL was asked for
consent to search the Range Rover, which she provided. Agents
then searched the Ranger Rover and discovered, among other
things, the GPS tracking device that had been installed in the
BROWN COUCH, the receipt for the shipment that agents had
provided to ARIAS, and the driver's license in the name of Angel
Rodriguez that had been shown to the agents executing the
controlled delivery.

7

13.   At approximately 8:40 p.m., the older woman who identified herself as ARIAS' mother indicated to agents that the first floor left apartment was her apartment and gave agents consent to search the apartment.  Inside the apartment, agents found, among other things, parts of the BROWN COUCH that had been deconstructed.  Agents also found a gallon-sized plastic bag containing tools, such as pliers and scissors.  Agents found other parts of the BROWN COUCH at the rear of 600 Miller Avenue.

WHEREFORE, your deponent respectfully requests that the defendants ALEXANDRA RUSSELL, GLORIA SANTANA DE ARIAS, also known as "Gloria Arias," and NIXON VARGAS, also known as "Rudolfo Mejia", be dealt with according to law.

_____ #1569

CHRISTOPHER COOKE
Detective
New York Police Department
Border Enforcement Security Task
Force

Sworn to before me this
3rd Day of May, 2012

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK